FILED
JAN 20 2010
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maria Lurdes Pereira, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Timothy Geitner and Treasury of U.S. )<br>)<br>Defendants. )<br>) | Civil Action No. **10 0095** |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 8a day of January 2010,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e), this action is DISMISSED with prejudice as frivolous. This is a final appealable Order.

_____
United States District Judge